Honorable Robert S. Lasnik

## United States District Court
## Western District of Washington at Seattle

| | |
|---|---|
| Donna Foliart, Individually and as Personal representative for the Estate of James Foliart,<br><br>Plaintiff,<br><br>vs.<br><br>United States of America; Medical Doctor Associates, LLC; Linda M. Cintron; and Unknown John Does and John Doe Clinics,<br><br>Defendants. | No. C17-1325 RSL<br><br>**Stipulated Motion And Order For Additional Time In Which To Effect Service Of Process**<br><br>**Note on Motion Calendar: Tuesday, November 27, 2018.** |

### STIPULATION

The Plaintiff and the United States of America (USA) hereby stipulate and respectfully move the Court for an order permitting Plaintiff additional time in which to effect service of process on recently added parties, Medical Doctor Associates LLC, and Linda M. Cintron. The Amended Complaint joining additional parties was filed on September 11, 2018. Since that time, despite good faith efforts, Plaintiff has been unsuccessful in locating one of the parties. The time for service of process would normally expire on December 10, 2018. FRCP 4(m). Therefore, Plaintiff requests additional time in which to effect such service of process, until February 7, 2019.

**Stipulated Motion And Order For Additional Time
In Which To Effect Service Of Process
Page 1 of 3  Case No. C17-1325 RSL**

**LAW OFFICE OF GEORGE KARGIANIS**
225 106TH AVENUE NE
BELLEVUE, WASHINGTON 98004
TELEPHONE 206-390-7776

| | |
|---|---|
| **DATED this 21st day of November, 2018.** | **DATED this 26th day of November, 2018.** |
| *s/Gordon Webb and Neil Lindquist* | *S/ PER EMAIL AUTHORITY* |
| Gordon C. Webb, WSBA # 22777<br>Neil T. Lindquist, WSBA #52111<br>George Kargianis, WSBA #286<br>225 106th Avenue NE<br>Bellevue, WA 98004<br>Telephone: 425.454.3800<br>Fax: 425.307.6446<br>E-mail: gordon@webblawfirm.net<br>E-mail: neil@lindquistlegal.com<br>E-mail: george@kargianislaw.com<br>Attorneys for Plaintiff | Tricia Boerger, WSBA No. 38581<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Phone: 206-553-7970<br>E-mail: tricia.boerger@usdoj.gov<br>Attorney for Defendant United States of America |

## ORDER

Based on the foregoing stipulation, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED**

1. That the plaintiff Donna Foliart is allowed until February 7th, 2018 in which to effect service of process on Medical Doctor Associates LLC, and Linda M. Cintron.

DATED this 4th day of ~~November~~ Dec., 2018.

_____
Hon. Robert S. Lasnik
United States District Judge

Stipulated Motion And Order For Additional Time
In Which To Effect Service Of Process
Page 2 of 3  Case No. C17-1325 RSL

**LAW OFFICE OF GEORGE KARGIANIS**
225 106TH AVENUE NE
BELLEVUE, WASHINGTON 98004
TELEPHONE 206-390-7776