The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA FOLIART, individually and as Personal Representative for the Estate of James R. Foliart,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CASE NO. 2:17-cv-01325-RSL<br><br>STIPULATED MOTION TO STAY PROCEEDINGS DUE TO LAPSE IN APPROPRIATIONS AND ORDER |

**STIPULATED MOTION FOR A STAY DUE TO LAPSE OF APPROPRIATIONS AND FOR ADDITIONAL TIME TO SERVE DEFENDANT, LINDA CINTRON**

COME NOW the parties, by and through counsel, and jointly move for a stay of proceedings in light of the lapse of government appropriations that funds the Department of Justice ("Department"). The parties also hereby stipulate to an additional thirty days, or the end of the lapse of appropriations, whichever is later, to serve Defendant, Linda Cintron.

STIPULATED MOTION TO STAY
AND [PROPOSED] ORDER - 1
2:17-cv-01325-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department expired and appropriations to the Department lapsed. The lapse has continued for thirty-three days and the Government does not know when funding will be restored by Congress.

2. Absent an appropriation, Department attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. An Amended Complaint was filed in this matter on September 11, 2018 following the death of Plaintiff, James Foliart. Dkt. No. 24. The Amended Complaint added Defendant, Linda M. Cintron, as a party. *Id.* The parties agreed to a stipulated motion for additional time to serve Ms. Cintron on November 26, 2018. Dkt. No. 28. The new date for service is February 7, 2019. Dkt. No. 29. However, the lapse in appropriations has intervened and has precluded Government counsel from being available to participate in depositions or additional discovery as needed to proceed to try to resolve this matter or prepare for trial. Government counsel remains unable to work on this matter until appropriations are restored or other authorization is granted.

4. Therefore, the Government, with Plaintiff's agreement, is requesting a stay of proceedings until Congress has restored appropriations to the Department.

5. Additionally, Plaintiff has requested, with the Government's agreement, an additional thirty days or the end in the lapse of appropriations, whichever is later, to effect service on Ms. Cintron.

STIPULATED MOTION TO STAY
AND [PROPOSED] ORDER - 2
2:17-cv-01325-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

6. If this motion for a stay is granted, Government counsel will notify the Court as soon as Congress has appropriated funds for the Department.

Therefore, although we regret any disruption caused to the Court and other litigants, the parties hereby move for a stay of proceedings until Department attorneys are permitted to resume their usual civil litigation functions.

DATED this 24th day of January, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/Gordon C. Webb*
GORDON C. WEBB, WSBA #22777
NEIL T. LINDQUIST, WSBA #52111
GEORGE KARGIANIS, WSBA #286
225 106th Avenue NE
Bellevue, Washington 98004
Phone: (425) 454-3800
Email: gordon@webblawfirm.net
Email: neil@lindquistlegal.com
Email: george@kargianislaw.com

*Attorneys for Plaintiff*

*s/Tricia Boerger*
TRICIA BOERGER, WSBA #38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: tricia.boerger@usdoj.gov

*Attorneys for United States of America*

STIPULATED MOTION TO STAY
AND [PROPOSED] ORDER - 3
2:17-cv-01325-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

# ORDER

Pursuant to the parties' motion, and the parties having stipulated and agreed, it is hereby **ORDERED** that all proceedings in this matter are stayed until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated this 25th day of January, 2019.

                                          *[signature]*
                                          Robert S. Lasnik
                                          United States District Judge

*Presented by:*

BRIAN T. MORAN
United States Attorney


*s/ Tricia Boerger*
TRICIA BOERGER, WSBA # 38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970
tricia.boerger@usdoj.gov
Attorneys for Defendant

STIPULATED MOTION TO STAY
AND [PROPOSED] ORDER - 4
2:17-cv-01325-RSL

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970