UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA FOLIART,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. C17-1325RSL<br><br>ORDER LIFTING STAY |

This matter comes before the Court on the federal government's notice of appropriations. The stay in the above-captioned case is hereby lifted. The case management deadlines remain unchanged.

Dated this 31st day of January, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER LIFTING STAY - 1