THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA FOLIART, Individually and as Personal Representative for the Estate of JAMES R. FOLIART,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; MEDICAL DOCTOR ASSOCIATES, LLC; LINDA MARIE CINTRON, MD; and UNKNOWN JOHN DOES and JOHN DOE CLINICS,<br><br>Defendants. | No. 2:17-cv-01325-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

**STIPULATION TO DISMISSAL WITH PREJUDICE**

COMES NOW plaintiff Donna Foliart, Individually and as Personal Representative for the Estate of James Foliart, defendants United States of America, Medical Doctor Associates, LLC, and Linda Marie Cintron, MD, by and through their respective undersigned attorneys and, pursuant to FRCP 41(a)(1), hereby stipulate that all of plaintiff's claims and causes of action against all defendants should be dismissed with prejudice, and without fees or costs to any party. A proposed order is submitted below.

STIPULATION AND ORDER OF DISMISSAL OF
ALL CLAIMS WITH PREJUDICE - Page 1
02452-070\Stipulation and Order of Dismissal with Prejudice.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

| | |
|---|---|
| LAW OFFICES OF GEORGE KARGIANIS<br><br>By: *s/George Kargianis*<br>GEORGE KARGIANIS, WSBA #286<br><br>225 106th Avenue NE<br>Bellevue, Washington 98004<br>Telephone: (206) 624-5370<br>Email: George@kargianislaw.com<br>Counsel for Plaintiff | WEBB LAW FIRM<br><br>By: *s/Gordon C. Webb*<br>GORDON C. WEBB, WSBA #22777<br><br>225 106th Ave. North East<br>Bellevue, Washington 98004<br>Telephone: (425) 454-3800<br>Email: Gordon@webblawfirm.net<br>Counsel for Plaintiff |
| LAW OFFICE OF NEIL T. LINDQUIST<br><br>By: *s/Neil T. Lindquist*<br>NEIL T. LINDQUIST, WSBA #52111<br><br>1204 N 10th Pl., Suite 2345<br>Renton, WA. 98057<br>Telephone: (425) 372-7799<br>Email: Neil@LindquistLegal.Com<br>Counsel for Plaintiff | BENNETT BIGELOW & LEEDOM<br><br>By: *s/Elizabeth A. Leedom*<br>ELIZABETH A. LEEDOM, WSBA #14335<br><br>By: *s/David M. Norman*<br>DAVID M. NORMAN, WSBA #40564<br><br>601 Union Street, Ste. 1500<br>Seattle, WA 98101<br>Phone: (206) 622-5511<br>eleedom@bbllaw.com<br>dnorman@bbllaw.com<br>Counsel for Defendant Linda Marie Cintron, MD and Medical Doctor Associates, LLC |

UNITED STATES ATTORNEY'S OFFICE

By: *s/Tricia Boerger*
BRIAN T. MORAN, WSBA #17794
United States Attorney for the Western District of Washington

TRICIA BOERGER, WSBA #38581
Assistant United States Attorney for the Western District of Washington

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Email: tricia.boerger@usdoj.gov

Counsel for Defendant United States of America

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE - Page 2
02452-070\Stipulation and Order of Dismissal with Prejudice.docx

**ORDER**

Based on the foregoing stipulation between the parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

Any and all of plaintiff's claims against all defendants, that were or could have been asserted in this action, are dismissed with prejudice and without fees or costs to any person.

Dated this 10th day of July, 2019.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik

Presented by:

LAW OFFICES OF GEORGE KARGIANIS

By: *s/George Kargianis*
GEORGE KARGIANIS, WSBA #286

225 106th Avenue NE
Bellevue, Washington 98004
Telephone: (206) 624-5370
Email: George@kargianislaw.com
Counsel for Plaintiff

WEBB LAW FIRM

By: *s/Gordon C. Webb*
GORDON C. WEBB, WSBA #22777

225 106th Ave. North East
Bellevue, Washington 98004
Telephone: (425) 454-3800
Email: Gordon@webblawfirm.net
Counsel for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE - Page 3
02452-070\Stipulation and Order of Dismissal with Prejudice.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

LAW OFFICE OF NEIL T. LINDQUIST

By: *s/Neil T. Lindquist*
NEIL T. LINDQUIST, WSBA #52111

1204 N 10th Pl., Suite 2345
Renton, WA. 98057
Telephone: (425) 372-7799
Email: Neil@LindquistLegal.Com
Counsel for Plaintiff

BENNETT BIGELOW & LEEDOM

By: *s/Elizabeth A. Leedom*
ELIZABETH A. LEEDOM, WSBA #14335

By: *s/David M. Norman*
DAVID M. NORMAN, WSBA #40564

601 Union Street, Ste. 1500
Seattle, WA 98101
Phone: (206) 622-5511
eleedom@bbllaw.com
dnorman@bbllaw.com
Counsel for Defendant Linda Marie Cintron, MD
and Medical Doctor Associates, LLC

UNITED STATES ATTORNEY'S OFFICE

By: *s/Tricia Boerger*
BRIAN T. MORAN, WSBA #17794
United States Attorney for the Western District of Washington
TRICIA BOERGER, WSBA #38581
Assistant United States Attorney for the
Western District of Washington

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Email: tricia.boerger@usdoj.gov

Counsel for Defendant United States
of America

STIPULATION AND ORDER OF DISMISSAL OF
ALL CLAIMS WITH PREJUDICE - Page 4
02452-070\Stipulation and Order of Dismissal with Prejudice.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986